**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Sherry Lynn Haley, Case No.: 23-50434
Christopher Mark Haley, Chapter 7

Debtor.

---

## REPORT OF SALE

---

Erik A. Ahlgren, the bankruptcy trustee in this case, hereby reports the sale of property of the debtor by live auction conducted by Jeff Martin Auctioneers on March 24, 2026 as per the motion (Doc.31)

2016 GMC Sierra
2020 Shoreland'r boat Trailer

The gross auction proceeds totaled 11,350.00. A copy of the auction report is attached. The trustee reports that he accepted all bids.

This report is made pursuant to Bankruptcy Rule 6004(f)(1).

Dated: May 1, 2026

_ /e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave, Ste 105
Fergus Falls, MN 56537
218-998-2775
erik@ahlgrenlawoffice.net

CONSIGNOR STATMENT

**JEFF MARTIN**
AUCTIONEERS

Statement #: 20260324MN-11-HALE2560-1
Date: 20-Apr-2026 16:05 EDT

JEFF MARTIN AUCTIONEERS, INC.
**Mailing Address:** PO Box 16809, Hattiesburg MS, 39404
**Physical Address:** See Auction Site Address Below-Please Do Not Send Mail to Auction Site
1-844-450-6200
FAX: 601-450-4980

Thank you for consigning with jeff martin auctioneers

### Seller Information

| | |
|---|---|
| Seller Name: | ERIK AHLGREN TRUSTEE |
| Company: | ERIK AHLGREN TRUSTEE OF HALEY 25-60699 |
| Bidder #: | |
| Other #: | (218) 998-2775 |
| Email: | HADLEY@AHLGRENLAWOFFICE.NET |
| Address: | 220 WEST WASHINGTON AVE<br>FERGUS FALLS, MN 56537 |

### Auction Information

| | |
|---|---|
| Auction: | 25TH ANNUAL TURF, GOLF COURSE, LANDSCAPING AND CONSTRUCTION EQUIPMENT AUCTION - MARCH 24TH @ 9 AM CT |
| Date: | 03/24/2026 |
| Location: | 2910 9TH STREET<br>GLENCOE, MN 55336 |

| ID | Lot | Asset # | Description | Sale Price | Comm. | Net |
|---|---|---|---|---|---|---|
| 228869 | 1150 | | 2008 CHEVROLET SILVERADO 2500 HD CREW CAB 4X4 PICKUP VIN: 1GCHK236X8F195168<br>8 CYL , DIESEL ENGINE, AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, LEATHER, BED LINER, GOOSE NECK HITCH, AUTO WINDOWS/LOCKS, SUN ROOF, ODOMETER READS: 332284, ***CHECK ENGINE LIGHT ON*** | $4,750.00 | $0.00 | *No Sale* |
| | | | | | TITLE SEARCH FEE | ($10.00) |
| | | | | | FUEL PUT IN TRUCK BY BUYER THEN SALE CANCELLED | ($49.56) |
| 228871 | 1160 | | 2016 GMC SIERRA CREW CAB 4X4 PICKUP VIN: 3GTU2MEC6GG151243<br>8 CYL, GAS ENGINE, AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, CLOTH INTERIOR, BED COVER, RUNNING BOARDS, AUTO WINDOWS/LOCKS, REAR VIEW CAMERA, ODOMETER READS: 128304, ***CHECK ENGINE LIGHT ON*** | $10,750.00 | $860.00 | $9,890.00 |
| | | | | | TITLE SEARCH FEE | ($10.00) |
| 258606 | 1880 | | 2020 SHORELAND'R CUSTOM S/A BOAT TRAILER VIN: CNV<br>LENGTH 22', WIDTH 84", SPRING SUSP, FITS 19' BOAT, TIRES 215/75R14, TITLE STATES VIN AS 1MDAPAU27LA692390; TRAILER HAS MN TITLE, TITLE FEES APPLY | $600.00 | $50.00 | $550.00 |
| | | | | | TITLE SEARCH FEE | ($10.00) |

Commissions are calculated on a Percent of the Sale Price of EACH LOT
Commission Breakpoint Summary:

| Commission BreakPoint | | | Commission Rate |
|---|---|---|---|
| --- | to | --- | 8.000% |

3 Lots Sold

| | |
|---|---|
| Auction Gross: | $11,350.00 |
| Lot Expenses: | ($79.56) |
| Commission: | ($910.00) |
| **Auction Net:** | **$10,360.44** |

**Payments**

| | |
|---|---|
| **Check**#21512 (4/17/26)<br>ERIK AHLGREN TRUSTEE OF HALEY 25-60699 | $10,360.44 |
| **Total Payments:** | **$10,360.44** |
| **Due to seller:** | **$0.00** |

ALL SELLER STATEMENTS ARE SUBJECT TO CHANGE AND ARE CONSIDERED PRELIMINARY UNTIL FINAL PAYMENT IS MADE TO CONSIGNOR.